IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| CARLOS GONZALEZ MORALES, HILDA RODRIGUEZ FORTEZA,<br><br>                    Plaintiff,<br>v.<br><br>USB BANK USA,<br><br>                    Defendant. | ORDER OF RECUSAL<br><br>Case No. 2:14CV888 |

I recuse myself in this case and ask that the appropriate assignment card equalization be drawn by the clerk's office.

DATED this 26th day of May, 2015.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge